JOSEPH MARSEN, Appellant, *v.* NICHOLS COPPER COMPANY. Respondent.

*Marsen* v. *Nichols Copper Co.*, 134 App. Div. 294, appeal dismissed.
(Submitted February 20, 1911; decided February 28, 1911.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the second

judicial department, entered October 12, 1909, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover for personal injuries alleged to have been sustained through the defendant's negligence.

The motion was made upon the ground that the order of the Appellate Division was silent as to whether said reversal was upon the law or the facts.

*Martin T. Manton* for motion.

*Nadal, Carrere & Jones* opposed.

Appeal dismissed, with costs and ten dollars costs of motion.